FORM 8.  Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Ron Kramer _____ v. Creative Compounds, LLC _____

No. 14-1284 _____

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3.  Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se        [✔] As counsel for:        **Creative Compounds, LLC** _____
                                              Name of party

I am, or the party I represent is (select one):

[ ] Petitioner   [ ] Respondent   [ ] Amicus curiae   [ ] Cross Appellant
[✔] Appellant    [ ] Appellee     [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant        [ ] Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Thomas DeGroot |
| Law firm: | Law Offices of Thomas DeGroot, LLC |
| Address: | 1926 Chouteau Avenue |
| City, State and ZIP: | St. Louis, MO 63103 |
| Telephone: | (314) 449-6616 |
| Fax #: | (314) 726-7106 |
| E-mail address: | tom@degrootlaw.net |

Statement to be completed by counsel only (select one):

[✔] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[ ] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): January 29, 20

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[✔] Yes     [ ] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

2/20/2014 _____           _____
Date                                 Signature of pro se or counsel

cc: _____