**Form 9**

FORM 9.  Certificate of Interest

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

_____ v. _____

No. _____

## CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party) _____ certifies the following (use "None" if applicable; use extra sheets if necessary):

1. The full name of every party or amicus represented by me is:

_____
_____
_____

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

_____
_____
_____

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

_____
_____
_____

4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

_____
_____

_____          _____
Date                                              Signature of counsel

                                                   _____
                                                   Printed name of counsel

Please Note: All questions must be answered
cc: _____

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this 20th day of March, 2014, I filed the foregoing and Certificate of Interest with the Clerk's Office of the United States Court of Appeals for the Federal Circuit using the CM/ECF System, and further certify that I served, via regular U.S. mail a copy of said filing to the following:

Thomas DeGroot
LAW OFFICES OF THOMAS DEGROOT LLC
1926  Chouteau Ave.
St. Louis, Missouri 63103
tom@degrootlaw.net
*Attorney for Defendant Creative Compounds LLC*


Maria Crimi Speth
Adam S. Kunz
JABURG & WILK PC
3200 North Central Avenue, Suite 2000
Phoenix, Arizona 85012
mcs@jaburgwilk.com
ask@jaburgwilk.com
*Attorneys for Creative Compounds LLC*


    *s/Geoffrey S. Kercsmar*