2014-1284

In the
# United State Court of Appeals
For The Federal Circuit

## RON KRAMER, SAL ABRAHAM, THERMOLIFE INTERNATIONAL, LLC,

*Plaintiffs -Appellees,*

v.

## CREATIVE COMPOUNDS, LLC,

*Defendant -Appellant.*

---

## CREATIVE COMPOUNDS, LLC,

*Plaintiff -Appellant,*

v.

## RON KRAMER, SAL ABRAHAM,

*Defendants -Appellees.*

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
IN CASE NOS. 2:11-CV-01965-JAT AND 2:11-CV-02033-JAT,
JUDGE JAMES A. TEILBORG

---

### NOTICE OF CHANGE OF ADDRESS

---

Thomas J. DeGroot
LAW OFFICES OF TOM DEGROOT, LLC
32 S. Elm Avenue
St. Louis, Missouri 63103
(314) 824-8032
*Counsel for Appellant*

1

Comes Now, Appellant Creative Compounds, LLC, and provides the Court and counsel for Appellees with notice that the location and telephone number of its counsel's office has changed, as follows:

>Thomas J. DeGroot
>Law Offices of Thomas DeGroot, LLC
>32 S. Elm Avenue
>St. Louis, MO 63103
>(314) 824-8032
>tom@degrootlaw.net

Dated:  April 4, 2014              /s/ Thomas J. DeGroot
                                   Thomas J. DeGroot
                                   Law Offices of Thomas DeGroot, LLC
                                   32 S. Elm Avenue
                                   St. Louis, MO 63103
                                   (314) 824-8032
                                   tom@degrootlaw.net
                                   Counsel for Appellant