# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

DANIEL E. O'TOOLE
CLERK OF COURT

TELEPHONE: 202-275-8000

April 07, 2014

To: Thomas J. DeGroot

Re: 14-1284 - Kramer v. Creative Compounds, LLC

## NOTICE OF REJECTION

Dear Counsel:

Your recently submitted document(s) cannot be filed for the following reason(s):

- Incorrect event used. The document must be refiled using the event: Forms and Certificates

If you have any questions or need assistance, please contact the Clerk's Office.

FOR THE COURT

/s/ Daniel O'Toole

Daniel O'Toole
Clerk of Court

cc: Gregory Blain Collins
Geoffrey S. Kercsmar